**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

Jaidyn Meyers
Faircloth, Melton, Sobel
105 Yorktown Dr.
Alexandria L 71303

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 17, 2026

**REHEARING ACTION: June 17, 2026**

**Docket Number: 25   00658-CW**

**CHRISTOPHER EDWARDS & SHERRY EDWARDS**
**INDIVIDUALLY AND ON BEHALF OF THEIR**
**MINOR CHILDREN, KEARSTON EDWARDS**
**& ZACKARY EDWARDS**
**VERSUS**
**NATCHITOCHES FORD**
**LINCOLN MERCURY, INC.**

**Writ Application from Natchitoches Parish Case No. 90548**

<u>**BEFORE JUDGES**</u>:

   **Hon. Charles G. Fitzgerald**
   **Hon. Gary J. Ortego**
   **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Natchitoches Ford Lincoln Mercury, Inc.** has this day been

   **DENIED.**

cc: Jared Dunahoe, Counsel for the Applicant
    Lottie L. Bash, Counsel for  the Respondent
    Franklin "Drew" Hoffmann, Counsel for  the Respondent
    Emily R. Fruge, Counsel for  the Respondent